1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Christina Gasparian, State Bar No. 322621
   E-Mail: cgasparian@hurrellcantrall.com
3  Janet J. Hur, State Bar No. 330358
   E-Mail: jhur@hurrellcantrall.com
4  HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
5  Los Angeles, California 90017
   Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELBA ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; KONRAD THIEME, an individual, DOES 1-10, inclusive,<br><br>　　　　Defendants. | Federal Case No.<br>State Case No. 24STCV01094<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[State Actions Assigned to Hon. Alison Mackenzie Department 55]<br><br>Action Filed:　01/16/24<br>FAC Filed:　　04/02/24<br>Trial Date:　　None |

I, Ana Ramirez, certify and declare as follows:

　　1.　　I am over the age of eighteen (18) years and am not a party to this action.

　　2.　　My business address is 725 S. Figueroa Street, Suite 3800, Los Angeles, California 90017, which is located in the city, county, and state where the action described below took place.

　　3.　　On May 3, 2024, I deposited in the United State Mail at Los Angeles, California, a copy of the CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) AND

(C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES; DECLARATION OF JANET J. HUR; NOTICE OF INTERESTED PARTIES and CIVIL COVER SHEET on the interested parties in this action as follows:

| | |
|---|---|
| Vincent Miller, Esq.<br>Nick Sage, Esq.<br>THE LAW OFFICES OF VINCENT MILLER<br>16255 Ventura Boulevard, Suite 625<br>Encino, CA 91436<br>Tel: (213) 948-5702<br>vincent@vincentmillerlaw.com | **Attorneys for Plaintiff Melba Ortega** |

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 3, 2024, at Los Angeles, California.

                                                  */s/ Ana Ramirez*
                                                Ana Ramirez

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000